# EXHIBIT F

**Mutual Confidentiality Agreement between:-**

Jonathan Schwartz, Body Labs, 7 West 18th St, 7th Floor, New York NY10011.

and:

Select Research Ltd of 42, Calthorpe Road, Edgbaston, Birmingham, B15 1TS, England.

whereby from 4th February 2015 it is hereby agreed for a period of 5 years that:

**1.0 Definitions**
1.1 In this Confidentiality Agreement the following expressions shall have the following meanings:
1.1.1 the "Discloser" is either party disclosing Confidential Information as defined in 1.2 below to the other
1.1.2 the "Recipient" is either party receiving such Confidential Information as defined in 1.2 below to the other.
1.1.3 Such terms include directors, officers, employees and consultants who are bound by confidential arrangements.

1.2 'Confidential Information' is all information or data disclosed by any means directly by the Discloser to the Recipient or by a third party on the Discloser's behalf and shall include but is not limited to any information relating to the Discloser's business, operations, processes, know-how, trade secrets, software and business affairs.
1.2.1 Such Confidential Information shall exclude any part which:
1.2.1.1 is or becomes common knowledge in any way without breach of this agreement by the Recipient
1.2.1.2 the Recipient can show by documentary evidence to the Discloser or an appointed confidential intermediary;
1.2.1.3 was in its possession or known to it by being in use or being recorded in its files; or
1.2.1.4 to have been developed by or for the Recipient at any time independently; or
1.2.1.5 is hereafter disclosed to the Recipient from a source other than the Discloser; or
1.2.1.6 is required to be disclosed by the Recipient to comply with applicable laws or governmental regulations, providing that the Recipient provides prior written notice of such to the Discloser and takes all reasonable steps to avoid or minimise the degree of such disclosure;
1.2.1.7 providing that the forgoing exceptions shall not apply to information relating to any combination of items or features merely because any one or more of the individual items or features (but not the combination) falls within any one or more of the exceptions.

1.3. "Purpose": Any discussions, negotiations, evaluations, and developments undertaken between the two parties concerning or in connection with the project described as BODY VOLUME MEASUREMENTS, CONTENT AND ALGORITHMS & BODY LABS 3D SOFTWARE AND APPLICATIONS .

**2.0 Confidentiality:**
2.1 In consideration of the mutual exchange and disclosure of Confidential Information, the Recipient undertakes in relation to the Discloser's Confidential Information:-

2.2 To maintain the same in confidence and to use it only for the Purpose and for no other purpose and in particular, but without prejudice to the generality of the forgoing:
2.2.1 not to make any commercial use thereof,
2.2.2 not to use the same for the benefit of itself or any third party other than pursuant to a further agreement with the Discloser.
2.2.3 not to copy or reproduce or reduce to writing any part thereof except as may be reasonably necessary for the Purpose, and that any copies, reproductions or reductions shall be the property of the Discloser.
2.2.4 not to disclose the same whether to it's employees or to third parties except in confidence to such employees and directors who need to know for the Purpose, and that:-
2.2.5 such employees and directors are obliged by contract not to disclose the same, and
2.2.6 the Recipient shall enforce such obligations at its expense at the request of the Discloser in so far as breach thereof relates to the Discloser's Confidential Information;

2.3. To be responsible for the performance of paragraphs 2.1 and 2.2. above on the part of it's employees or directors to whom the same is disclosed.

**3.0 Governing Law and Jurisdiction**

3.1 The constructions, validity and performance of this Confidentiality Agreement shall be governed at all times by English Law and the English Courts shall have non-exclusive jurisdiction in respect hereof.

3.2 Nothing in this Confidentiality Agreement shall be construed to grant the Recipient any right or licence under any patent know-how, copyright or design right of the Discloser or any rights to use any intellectual property of the Discloser.

3.3 If any provision or part of a provision of this Confidentiality Agreement is held by any court or other competent authority to be void or unenforceable in whole or part, this Confidentiality Agreement shall continue to be valid as to the other provisions of this Confidentiality Agreement and the remainder of the affected provision.

In the course of any discussions, you may be exposed to products, plans, projects, drafts and other tangible materials that are proprietary. Equally you will be supplied with information, projects and plans developed for the purpose of this discussion or otherwise that are confidential ("Confidential Information"). As a condition of your participation in this discussion, you agree not to disclose to any third party, or use for any purpose, the Confidential Information, including in particular the materials that may be revealed or discussed regarding:

- The materials described or demonstrated
- The identity of the manufacturer
- Information concerning other participants, if any

Your identity will be kept confidential and not revealed to anyone outside the sponsoring company.

I agree to keep the confidentiality terms stated above.

Signed for and on behalf of The Recipient

Authorised Signatory _[signature]_ Date 2/16/15

PRINT NAME: Jonathan Schwartz

JOB TITLE: Director of Products

Signed for and on behalf of The Discloser

Authorised Signatory _[signature]_ Date 5/2/15

PRINT NAME: RICHARD BARNES

JOB TITLE: MANAGING DIRECTOR