UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SELECT RESEARCH, LTD. | § § | |
| v. | § § | CIVIL NO. 4:23-CV-865-SDJ |
| AMAZON.COM, INC., ET AL. | § § | |

**FINAL JUDGMENT**

Pursuant to the Court's Memorandum Opinion and Order filed in this matter on this date, it is **ORDERED** that Plaintiff Select Research, Ltd.'s claims against Defendants Amazon.com, Inc. and Amazon.com Services LLC are **DISMISSED**.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 30th day of July, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE